| | |
|---|---|
| 1 | **WO** |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Vladimirovich Kulikov, | ) |
| Petitioner, | ) No. CV-09-0923-PHX-PGR (MHB) |
| vs. | ) |
| Katrina Kane, | ) ORDER |
| Respondent. | ) |

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Burns notwithstanding that no party has filed any objection to the Report and Recommendation, the Court finds that the Magistrate Judge correctly concluded that this action, filed pursuant to 28 U.S.C. § 2241, should be dismissed as moot as requested by the petitioner (*see* doc. #11, entitled "Notice to Dismiss Case"), inasmuch as the petitioner was released from immigration custody under an order of supervision on July 17, 2009 (*see* doc, #9, entitled Suggestion of Mootness). Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #12) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody is dismissed

without prejudice as moot.  The Clerk of the Court shall enter judgment accordingly.

DATED this 10th day of October, 2009.

Paul G. Rosenblatt
United States District Judge